IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

        Plaintiff,

  v.

GEORGE ZIMMERMAN, et al.,

        Defendants.
                                        /

No. CV-12-3139 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Plaintiff's complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated: July 5, 2012                                             Richard W. Wieking, Clerk

                                                                              *Tracy Lucero*

                                                                               By: <u>Tracy Lucero</u>
                                                                                  <u>Deputy Clerk</u>