IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

                Plaintiff,

  v.

GEORGE ZIMMERMAN, et al.,

                Defendants.

_____/

No. CV-12-3139 MMC

**JUDGMENT IN A CIVIL CASE**

     **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED**

     Plaintiff's complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated: July 5, 2012                     Richard W. Wieking, Clerk

                                        *Tracy Lucero*

                     By: Tracy Lucero
                     Deputy Clerk